TODD BLANCHE
Acting Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar No. 8264
CHRISTOPHER VIEIRA (CA Bar No. 273781)
Special Assistant United States Attorney
Program Litigation 1
Social Security Administration | Law & Policy
6401 Security Boulevard
Baltimore, MD 21235
Telephone: 510-970-4808
Email: christopher.vieira@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RONALD MECHELE STRAHAN,<br><br>        Plaintiff,<br><br>        vs.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>        Defendant. | Case No.: 2:26-cv-00374-BNW<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE COMMISSIONER'S BRIEF**<br><br>(**_FIRST REQUEST_**) |

Defendant Frank Bisignano, Commissioner of Social Security (Defendant) respectfully requests that the Court extend the time for Defendant to file his responsive brief, currently due on June 5, 2026, by 31 days, through and including July 6, 2026.

This is Defendant's first request for an extension of time to file his responsive brief. Good cause exists for this extension. Additional time is required to review the record, to evaluate the issues raised in Plaintiff's brief, for Defendant's counsel to consult with his client, and to prepare Defendant's response to Plaintiff's brief. Defendant's counsel will endeavor to complete these tasks as soon as possible. This request is made in good faith and with no intention to unduly delay the proceedings, and counsel apologizes for any inconvenience.

On June 2, 2026, counsel for Defendant conferred with Plaintiff's attorney, who has no opposition to this motion.

It is therefore respectfully requested that Defendant be granted an extension of time to file his brief, through and including July 6, 2026.

DATED: June 2, 2026

Respectfully submitted,

SIGAL CHATTAH
First Assistant United States Attorney

By: s/ Christopher Vieira
CHRISTOPHER VIEIRA
Special Assistant United States Attorney
Program Litigation 1
Social Security Administration | Law & Policy
Attorneys for Defendant

IT IS SO ORDERED:

HON. BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

DATED: June 3, 2026

Mot. for Ext.; No. 2:26-cv-00374-BNW